# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

128366

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RAYMOND PIGG,
   Plaintiff-Appellee,

v

            SC: 128366
            COA: 258414
            WCAC: 03-000368

GENERAL STEEL ERECTORS, INC.,
and LEGION INSURANCE COMPANY,
   Defendants-Appellants,

and

SUPER CAR WASH SYSTEMS EAST,
INC., and FARM BUREAU INSURANCE
COMPANY, ABZ STEEL FABRICATION,
TRANSPORTATION INSURANCE
COMPANY, and McDONALD'S
(UNINSURED),
   Defendants-Appellees.

_____/

    On order of the Court, the application for leave to appeal the February 22, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

_____
Clerk

l0919